**Order filed, October 8, 2018.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00216-CV

_____

### JOE  ALFRED  IZEN JUNIOR, Appellant

### V.

### BRIAN LAINE AND KIMBERLY LAINE, Appellee

---

**On Appeal from the 55th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2013-28211**

---

## ORDER

The reporter's record in this case was due October 4, 2018.  *See* Tex. R. App. P. 35.1.  The court has not received a request to extend time for filing the record.  The record has not been filed with the court.  Because the reporter's record has not been filed timely, we issue the following order.

We order Gina Jackson, the court reporter, to file the record in this appeal **within 15 days** of the date of this order.

PER CURIAM